LJB/LKEK: USAO2015R00336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 AUG 17  AM 11: 06

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 15cr446 |
| | * | |
| **PETER WISNIEWSKI,** | * | (Possession of a Controlled Substance, |
| | * | 21 U.S.C. § 844(a)) |
| **Defendant** | * | |
| | * | |
| | * | |
| | ******* | |

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about February 3, 2015, in the District of Maryland, the defendant,

**PETER WISNIEWSKI,**

did knowingly and intentionally possess Oxycodone, a Schedule II controlled substance.

21 U.S.C. § 844(a)

1

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about February 13, 2015, in the District of Maryland, the defendant,

**PETER WISNIEWSKI,**

did knowingly and intentionally possess Oxycodone, a Schedule II controlled substance.

21 U.S.C. § 844(a)

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about February 19, 2015, in the District of Maryland, the defendant,

**PETER WISNIEWSKI,**

did knowingly and intentionally possess Oxycodone, a Schedule II controlled substance.

21 U.S.C. § 844(a)

_____
Rod J. Rosenstein
United States Attorney

Date:  August 17, 2015