AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   Cr: 15-446 (PWG) |
| Peter Wisniewski | ) | |
| | ) | |
| *Defendant* | ) | |

____ FILED   ____ ENTERED
____ LOGGED   ____ RECEIVED

AUG 21 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ____ DEPUTY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   08/21/2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William C. Brennan, Jr.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Paul W. Grimm, U.S. District Judge
*Judge's printed name and title*